**Order entered September 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00814-CV

**GIOVANNI BONAUDO MARILES, Appellant**

**V.**

**ARCE MORENO HECTOR, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01489**

## ORDER

We **GRANT** appellant's September 9, 2016 motion to abate the appeal, or in the alternative, motion to extend the time to file appellant's brief, to the extent that we **EXTEND** the time to file appellant's brief until **THIRTY DAYS** from the date of this order.

/s/    ELIZABETH LANG-MIERS
           JUSTICE